# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SNAPPER BROWN, ET AL

VERSUS

BRENNAN LANDRY MOORE

NO.   2020 CW 1285

**MARCH 10, 2021**

---

In Re:   State Farm Mutual Automobile Insurance Company and Brennan Landry Moore, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 670237.

---

**BEFORE:   GUIDRY, McCLENDON, THERIOT, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.**   The portions of the trial court's November 20, 2020 judgment which allow plaintiffs to bring a third person with him/her into the examination room and allow the audio recording of the additional medical examinations of plaintiffs are reversed.   Plaintiffs presented no special circumstances supporting the imposition of such conditions.   Plaintiffs are not allowed to bring a third person into the examination room for his/her examinations, and the examinations of plaintiffs with Dr. Ferachi are to be conducted without audio recording.

**PMc**
**MRT**
**WIL**

**Guidry and Wolfe, JJ.**, dissent and would deny the writ. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT